UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
_____ DIVISION

DOCKETED
JUL 2 6 1999

*RENEE K. WATANABE*                     )
                                        )      99C 4820
_____        )
                                        )
_____        )      CIVIL ACTION    RECEIVED
                                        )
(Name of the plaintiff or plaintiffs)   )
                                        )      NO._____
          V.                            )      (Case number will be supplied by the assignment clerk)
                                        )      JUL 2 3 1999
*LOYOLA UNIVERSITY*                     )      MICHAEL W. DOBBINS
                                        )      CLERK, U.S. DISTRICT COURT
*CO-COUNSEL*                            )      JUDGE GETTLEMAN
                                        )
*DUNHILL STAFFING SYSTEMS* )            )      MAGISTRATE JUDGE ROSEMOND
(Name of the defendant or defendants)   *ET. AL.*

FILED
JUL 2 8 1999
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.

2. The plaintiff is _____ *RENEE WATANABE* _____ of

the county of _____ *COOK* _____ in the state of _____ *ILLINOIS* _____

3. The defendant is *1) Loyola University 2) Co-Counsel, 3) Dunhill Staffing Systems et.al.,* who

resides at (street address) *1) 6525 Sheridan Rd., Chicago, IL
2) 10 S. Lasalle #1310, Chicago, IL #1200, Chicago, IL 60601  60626
3) 68 E. Wacker Pl., #1200, Chicago, IL 60601  60603*
(ZIP) *60601*

(city) *Chicago* (county) *COOK* (state) *IL* (ZIP) *60601*

(Defendant's telephone number) *1) 773-508-3000
2) 312-580-8020
3) (312) 346-0837*

(Guide to Civil Cases for Litigants Without Lawyers: Page 49)

4) The plaintiff sought employment or was employed by the defendant at

(street address) _SAME_____

(city)_____(county)_____(state)_____(ZIP code)_____

5. The plaintiff [check one box]

(a) ☑ was denied employment by the defendant.

(b) ☑ was hired and is still employed by the defendant.

(c) ☑ was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about, (month)___10_____, (day)___—___, (year)__98____ .

7. (a) The plaintiff [check one box] ☐ *has not* filed a charge or charges against the defendant
☑ *has*
asserting the acts of discrimination indicated in this complaint with any of the following government agencies:

(I) ☑ the United States Equal Employment Opportunity Commission on or about

(month)_____ (day)_____ (year)_____ .

(ii) ☐ the Illinois Department of Human Rights on or about

(month)_____ (day)_____ (year)_____ .

(b) If charges *were* filed with an agency indicated above, a copy of the charge is

attached. ☑ YES ☐ NO

It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason to believe that this policy was not followed in this case.

(Guide to Civil Cases for Litigants Without Lawyers: Page 50)

8.  (a) ☐ the United States Equal Employment Opportunity Commission has not issued a *Notice of Right to Sue.*

    (b) ☑ the United States Equal Employment Opportunity Commission has issued a *Notice of Right to Sue*, which was received by the plaintiff on (month) _4 - ·_ (day) _23_ (year) _99_ a copy of which *Notice* is attached to this complaint.

9.  The defendant discriminated against the plaintiff because of the plaintiff's [check all that apply]

    (a) ☑ Age (Age Discrimination Employment Act).

    (b) ☑ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

    (c) ☑ Disability (Americans with Disabilities Act)

    (d) ☑ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

    (e) ☑ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

    (f) ☐ Religion (Title VII of the Civil Rights Act of 1964)

    (g) ☑ Sex (Title VII of the Civil Rights Act of 1964)

10. The plaintiff is suing the defendant, a state or local government agency, for discrimination on the basis of race, color, or national origin (42 U.S.C. §1983). ☑ YES ☐ NO

11. Jurisdiction over the statutory violation alleged is conferred as follows: over Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); over 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; over the A.D.E.A. by 42 U.S.C.§12117.

12. The defendant [check all that apply]

(a) ☑      failed to hire the plaintiff.

(b) ☑      terminated the plaintiff's employment.

(c) ☑      failed to promote the plaintiff.

(d) ☐      failed to reasonably accommodate the plaintiff's religion.

(e) ☐      failed to reasonably accommodate the plaintiff's disabilities.

(f) ☑      other (specify): _The last Company not yet listed fired me._
_I need a lawyers help in doing this, but I must approve_
_of the lawyer._
_Accused of disability I don't have. Biggest corruption_
_exists here. Serious exploitation resulting in grave damage_
_economic &_
_has occurred._ _financial_

_KD_

13. The facts supporting the plaintiff's claim of discrimination are as follows:

_Not yet accumulated or just vague writings, written_
_under duress are attached._

14. [AGE DISCRIMINATION ONLY] Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15. The plaintiff demands that the case be tried by a jury. ☒ YES  ☒ NO

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [check all that apply]

(a) ☑  Direct the defendant to hire the plaintiff.

(b) ☑  Direct the defendant to re-employ the plaintiff.

(c) ☑  Direct the defendant to promote the plaintiff.

(d) ☐  Find that the defendant failed to reasonably accommodate the plaintiff's religion.

(e) ☐  Find that the defendant failed to reasonably accommodate the plaintiff's disabilities.

(f) ☑  Direct the defendant to (specify): Pay for economic damage and fix record now in the credit bureau due to their intentional delay + obstruction. I demand honesty, to know who extended + caused them to extend discrimination or certain confidances. Truth is imparative. Tell me how + what (wholy) they've learned concerning my finances.
By justice

Keep me truthfully informed.

(g) ☑  If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(Guide to Civil Cases for Litigants Without Lawyers: Page 53)

(h) ☑  Grant such other relief as the Court may find appropriate.

(Plaintiff's signature) _Renee Watanabe_

(Plaintiff's name) _RENEE K. WATANABE_

(Plaintiff's street address) _354 W. MINER, #1C_

_Arlington Hts., IL 60005-_

(City) _Arlington Hts_ (State) _IL_ (ZIP) _60005-1366_

(Plaintiff's telephone number) _(847) - 255-9919_

## CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

| AGENCY | CHARGE NUMBER |
|---|---|
| ☐ FEPA ☒ EEOC | 210990824 |

<u>Illinois Dept. of Human Rights</u> ———————— and EEOC
*State or local Agency, if any*

**NAME** *(Indicate Mr., Ms., Mrs.)*
Ms. Renee Watanabe

**HOME TELEPHONE** *(Include Area Code)*
(847) 255-9919

**STREET ADDRESS**  **CITY, STATE AND ZIP CODE**
354 West Miner Street, Apt. 1-C, Arlington Heights, IL 60005

**DATE OF BIRTH**
08/29/1953

**NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME** *(If more than one list below.)*

**NAME**
Loyola University

**NUMBER OF EMPLOYEES, MEMBERS**
Cat D (501 +)

**TELEPHONE** *(Include Area Code)*
(773) 508-3000

**STREET ADDRESS**  **CITY, STATE AND ZIP CODE**
6525 Sheridan Road, Chicago, IL 60626

**COUNTY**
031

**NAME**

**TELEPHONE NUMBER** *(Include Area Code)*

**STREET ADDRESS**  **CITY, STATE AND ZIP CODE**

**COUNTY**

**CAUSE OF DISCRIMINATION BASED ON** *(Check appropriate box(es))*

☒ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☒ NATIONAL ORIGIN
☒ RETALIATION  ☒ AGE  ☒ DISABILITY  ☐ OTHER *(Specify)*

| DATE DISCRIMINATION TOOK PLACE | |
|---|---|
| EARLIEST | LATEST |
| 12/10/1998 | 12/10/1998 |

☐ CONTINUING ACTION

**THE PARTICULARS ARE** *(If additional space is needed, attach extra sheet(s)):*

I. Since around February 14, 1998 and prior, Respondent's placement service has failed to refer me out on interviews for positions which I am qualified to perform.

II. I believe I have been discriminated against because of my race, Asian, my sex, female, and retaliation for having filed a previous charge of discrimination, and national origin, non-American in violation of Title VII of the Civil Rights Act of 1964, as amended, and my age, 45 (DOB 8/29/53) in violation of the Age Discrimination in Employment Act of 1968, as amended, and because of my disability, in violation of the Americans with Disabilities Act of 1990, in that Respondent failed to refer me out to job interviews for positions which I am quailified to perform.

RECEIVED EEOC

CHICAGO DISTRICT OFFICE

☐ I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the foregoing is true and correct.

NOTARY - (When necessary for State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(Day, month, and year)

Date 12/10/98   *Renee Watanabe*
Charging Party *(Signature)*

EEOC FORM 5 *(Rev. 06/92)*

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

| AGENCY | CHARGE NUMBER |
|---|---|
| ☐ EPA  ☒ EEOC | 210990826 |

## Illinois Dept. of Human Rights
*State or local Agency, if any* _____ and EEOC

| NAME *(Indicate Mr., Ms., Mrs.)* | HOME TELEPHONE *(Include Area Code)* |
|---|---|
| Ms. Renee Watanabe | (847) 255-9919 |

| STREET ADDRESS        CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|
| 354 West Miner Street, Apt. 1-C, Arlington Heights, IL 60005 | 08/29/1953 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME *(If more than one list below.)*

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE *(Include Area Code)* |
|---|---|---|
| Co-Counsel | | (312) 201-8020 |

| STREET ADDRESS        CITY, STATE AND ZIP CODE | COUNTY |
|---|---|
| 10 South La Salle Street, Chicago, IL 60603 | 031 |

| NAME | TELEPHONE NUMBER *(Include Area Code)* |
|---|---|
| | |

| STREET ADDRESS        CITY, STATE AND ZIP CODE | COUNTY |
|---|---|
| | |

CAUSE OF DISCRIMINATION BASED ON *(Check appropriate box(es))*

☒ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☒ NATIONAL ORIGIN
☒ RETALIATION ☒ AGE ☒ DISABILITY ☐ OTHER *(Specify)*

| DATE DISCRIMINATION TOOK PLACE | |
|---|---|
| EARLIEST | LATEST |
| 12/10/1998 | 12/10/1998 |

☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional space is needed, attach extra sheet(s)):*

I.   Since February ~~14~~ *(around 20)*, 1998 and prior, Respondent's placement service has failed to refer me out on interviews for positions which I am qualified to perform.

II.   I believe I have been discriminated against because of my race, *(perceived)* Asian, my sex, female, natioanl origin, non-American, and retaliation for having filed a previous charge of discrimination, in violation of Title VII of the Civil Rights Act of 1964, as amended, and my age, 45 (DOB 8/29/53) in violation of the Age Discrimination in Employment Act of 1968, as amended, and because of my disability, in violation of the Americans with Disabilities Act of 1990, in that Respondent failed to refer me out to job interviews for positions which I am qualified to perform.

RECEIVED EEOC

CHICAGO DISTRICT OFFICE

| ☐ I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY - *(When necessary for State and Local Requirements)* |
|---|---|
| I declare under penalty of perjury that the foregoing is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.  SIGNATURE OF COMPLAINANT |
| Date 12/10/98     *Renee Watanabe*  Charging Party *(Signature)* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(Day, month, and year)* |

EEOC FORM 5 (Rev. 06/92)

# CHARGE OF DISCRIMINATION

| | AGENCY | CHARGE NUMBER |
|---|---|---|
| This form is affected by the Privacy ⌣ of 1974; See Privacy Act Statement before completing this form. | ☐ FEPA ☒ EEOC | 210990825 |

Illinois Dept. of Human Rights _____ and EEOC
*State or local Agency, if any*

| NAME *(Indicate Mr., Ms., Mrs.)* | HOME TELEPHONE *(Include Area Code)* |
|---|---|
| Ms. Renee Watanabe | (847) 255-9919 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| 354 West Miner Street, Apt. 1-C, Arlington Heights, IL 60005 | | 08/29/1953 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME *(If more than one list below.)*

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE *(Include Area Code)* |
|---|---|---|
| Dunhill Staffing Systems | | (312) 346-0837 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 68 East Wacker Place, Suite 1200, Chicago, IL 60601 | | 031 |

| NAME | | TELEPHONE NUMBER *(Include Area Code)* |
|---|---|---|
| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |

CAUSE OF DISCRIMINATION BASED ON *(Check appropriate box(es))*

☒ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☒ NATIONAL ORIGIN
☒ RETALIATION ☒ AGE ☒ DISABILITY ☐ OTHER *(Specify)*

| DATE DISCRIMINATION TOOK PLACE | |
|---|---|
| EARLIEST | LATEST |
| 12/10/1998 | 12/10/1998 |
☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional space is needed, attach extra sheet(s)):*

I. Since ~~February 14,~~ *around RW* 1998 and prior, Respondent has refused to place me in job positions for which I am qualified to perform, and has placed me only in a clerk posiiton.

II. I believe I have been discriminated against because of my race, *RW* -Asian, my sex, female, and retaliation for having filed a previous charge of discrimination, and my national origin, non-American, in violation of Title VII of the Civil Rights Act of 1964, as amended, and my age, 45 (DOB 8/29/53) in violation of the Age Discrimination in Employment Act of 1968, as amended, and because of my disability, in violation of the Americans with Disabilities Act of 1990, in that Respondent failed to place me in job positions which I am qualified to perform, and has placed me in no higher position than Clerk.

RECEIVED EEOC

CHICAGO DISTRICT OFFICE

| ☐ I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY - *(When necessary for State and Local Requirements)* |
|---|---|
| | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| I declare under penalty of perjury that the foregoing is true and correct. | SIGNATURE OF COMPLAINANT |
| | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(Day, month, and year)* |
| Date 12/10/98 *Renee Watanabe* Charging Party *(Signature)* | |

EEOC FORM 5 (Rev. 06/92)                                   **CHARGING PARTY COPY**

**l__al Employment Opportunity Commission**

## DISMISSAL AND NOTICE OF RIGHTS

| | |
|---|---|
| To: CERTIFIED MAIL: Z 178 919 592<br><br>Ms. Renee Watanabe<br>354 West Miner Street, Apt. 1-C<br>Arlington Heights, Illinois 60005 | From: Chicago District Office<br>Equal Employment Opportunity Commission<br>500 West Madison Street, Suite 2800<br>Chicago, Illinois 60661-2511 |

[ ] *On behalf of a person aggrieved whose identity is CONFIDENTIAL (29 CFR § 1601.7(a))*

| Charge No.<br>210990825 | EEOC Representative<br>Daniel McGuire, Supervisor | Telephone No.<br>(312) 353-7511 |
|---|---|---|

*(See the additional information attached to this form.)*

**YOUR CHARGE IS DISMISSED FOR THE FOLLOWING REASON:**

[ ] The facts you allege fail to state a claim under any of the statutes enforced by the Commission

[ ] Respondent employs less than the required number of employees.

[ ] Your charge was not timely filed with the Commission, *i.e.*, you waited too long after the date(s) of the discrimination you alleged to file your charge. Because it was filed outside the time limit prescribed by law, the Commission cannot investigate your allegations.

[ ] You failed to provide requested information, failed or refused to appear or to be available for necessary interviews/conferences, or otherwise refused to cooperate to the extent that the Commission has been unable to resolve your charge. You have had more than 30 days in which to respond to our final written request.

[ ] The Commission has made reasonable efforts to locate you and has been unable to do so. You have had at least 30 days in which to respond to a notice sent to your last known address.

[ ] The respondent has made a reasonable settlement offer which affords full relief for the harm you alleged. At least 30 days have expired since you received actual notice of this settlement offer.

[ X ] The Commission issues the following determination: Based upon the Commission's investigation, the Commission is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] Other *(briefly state)* _____

### - NOTICE OF SUIT RIGHTS -

[ X ] **Title VII and/or the Americans with Disabilities Act:** This is your NOTICE OF RIGHT TO SUE, which terminates the Commission's processing of your charge. If you want to pursue your charge further, you have the right to sue the respondent(s) named in your charge in U.S. District Court. **If you decide to sue, you must sue WITHIN 90 DAYS from your receipt of this Notice; otherwise your right to sue is lost.**

[ X ] **Age discrimination in Employment Act:** This is your NOTICE OF DISMISSAL OR TERMINATION, which terminates processing of your charge. If you want to pursue your charge further, you have the right to sue the respondent(s) named in your charge in U.S. District Court. If you decide to sue, you must sue **WITHIN 90 DAYS** from your receipt of this Notice; otherwise your right to sue is lost.

[ ] **Equal Pay Act (EPA):** EPA suits must be brought within 2 years (3 years for willful violations) of the alleged EPA underpayment.

On behalf of the Commission

4-22-99 _____ _____ John P. Rowe, District Director

Enclosures
  Information Sheet
  Copy of Charge
cc: Respondent(s)    Dunhill Staffing Systems

EEOC Form 161 (Test 5/95)